THE NORTHERN BANK OF NEW YORK et al., Appellants,
v. WASHINGTON SAVINGS BANK, Respondent.

*Northern Bank of N. Y. v. Washington Savings Bank*, 172 App.
Div. 341, affirmed.

(Submitted April 26, 1917; decided May 15, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered June 1, 1916, affirming a judgment in favor of
defendant entered upon a dismissal of the complaint by
the court on trial at Special Term. This controversy
affects the ownership of twenty-seven bonds and mort-
gages or the proceeds of their collection. In December,
1910, when the superintendent of banks took possession
of the plaintiffs and the defendant, these bonds and mort-
gages with minor exceptions were found in the possession
of the plaintiff, Northern Bank of New York. The record
title to these bonds and mortgages, however, was in the
defendant, Washington Savings Bank, from whose posses-
sion they had been removed. ' The record title was vested in
the Washington Savings Bank by virtue of four separate
assignments covering respectively fourteen mortgages,
one mortgage, eight mortgages and four mortgages.
This action was commenced by the plaintiffs to declare
these assignments invalid and a cloud upon the title of the
plaintiffs. The defendant counterclaimed for the posses-
sion of the bonds and mortgages and an adjudication that
it was the proper owner. Decision was rendered against
the plaintiff dismissing the complaint upon the merits and
in favor of the defendant sustaining the counterclaim.

*Henry H. Abbott, George W. Morgan* and *Edward
A. Craighill, Jr.,* for appellants.

*Samuel S. Koenig, Oliver L. Goldsmith* and ·*Milton
M. Sittenfield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CRANE and
ANDREWS, JJ. Not sitting: CARDOZO and McLAUGHLIN,
JJ.